UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

        Plaintiff,

  v.

BRENDA POWERS,

        Defendant.

CASE NO. C15-5857 RBL-KLS

ORDER REGARDING REQUEST FOR SERVICE (DKT. 7)

      Plaintiff, Richard G. Turay, proceeding pro se in this removed action, asks this Court to serve the summons and complaint on Defendant Brenda Powers. Dkt. 7.

      Under the Federal Rules of Civil Procedure, the Court will serve a complaint on behalf of a litigant proceeding IFP. Fed. R. Civ. P. 4(c)(3); *see* 28 U.S.C. § 1915. It appears Plaintiff may have been granted leave to proceed *in forma pauperis* (IFP) in state court and because Defendants removed this matter, there is no requirement that Plaintiff pay a civil filing fee to proceed in federal court. However, Plaintiff has not been granted leave to proceed IFP in this court.

      Therefore, the Court **directs the Clerk** to provide Plaintiff with an IFP application so that his IFP status may be confirmed and the Court may serve the complaint on his behalf. If

PRETRIAL SCHEDULING ORDER - 1

1 Plaintiff fails to file the papers necessary to confirm his IFP status, he will be responsible for

2 serving defendant himself.  Plaintiff should file his IFP papers by **January 15, 2016**.

3      The Court provides an additional ninety (90) days for service of defendant.  *See* Fed. R.

4 Civ. P. 4(m), as amended December 1, 2015 (changing time limit for service to 90 days after the

5 complaint is filed).

6      Dated this 29th day of December, 2015.

7

8

9                                              Karen L. Strombom
                                               United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

PRETRIAL SCHEDULING ORDER - 2