UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RICHARD G. TURAY, | No. C15-5857 RBL-KLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| BRENDA POWERS, | |
| Defendant. | |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. (Dkt. 9). Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $400.00 court filing fee.

The Clerk is directed to mail a copy of this Order to plaintiff and counsel for defendants.

**DATED** this 22nd day of January, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1