UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G. TURAY,

                Plaintiff,

v.

BRENDA POWERS,

                Defendant.

No. C15-5857 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **Dismissed Without Prejudice** pursuant to Fed. R. Civ. P. 41(a)(1).

(3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of May, 2016.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1